**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00913-CV

### SHEIK TEHUTI, Appellant

### V.

### ATMOS ENERGY CORP, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12135**

## ORDER

The clerk's record in this case is incomplete. Specifically, the clerk's record does not include the answer of Sheik Tehuti filed on February 7, 2014. Accordingly, the Court **ORDERS** Gary Fitzsimmons, District Clerk of Dallas County, Texas, to file within five days of the date of this order a supplemental clerk's record including the answer of Sheik Tehuti. The Court directs the Clerk to transmit this order electronically to Gary Fitzsimmons, District Clerk and all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE